AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| VARIOUS, INC. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 3:16-CV-1833 |
| JEDI TECHNOLOGIES, INC. | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* JEDI TECHNOLOGIES, INC.
9971 East Speedway Boulevard, Suite 12101
Tucson, AZ 85748

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kimberly Culp (SBN 238839)
William A. Hector (SBN 298490)
Venable LLP
505 Montgomery Street, Suite 1400
San Francisco, California 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*