IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VARIOUS, INC., | No. C 16-01833 WHA |
| Plaintiff, | |
| v. | |
| JEDI TECHNOLOGIES, INC., | **REQUEST FOR RESPONSE RE AMENDED COMPLAINT** |
| Defendant. | |

In lieu of a response to defendant's pending motion for dismiss, plaintiff filed an amended complaint. By **MAY 19, AT NOON**, defendant shall please state whether the motion to dismiss should be denied as moot without prejudice to a renewed motion directed at the amended pleading or if it would prefer to continue with the present motion and address the amendments in the reply. In either case, a new briefing schedule and hearing date will be set.

Dated: May 16, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE