IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VARIOUS, INC., | No. C 16-01833 WHA |
| Plaintiff, | |
| v. | |
| JEDI TECHNOLOGIES, INC., | **ORDER CONTINUING HEARING AND SETTING BRIEFING SCHEDULE** |
| Defendant. | |

Defendant has elected to continue with its motion to dismiss as if directed at the amended complaint. Plaintiff shall file an opposition by **JUNE 2.** Defendant's reply, in which it should address the amended complaint, shall be due **JUNE 9**. Plaintiff may file a sur-reply **NOT TO EXCEED TEN PAGES** addressing new arguments relating solely to the amended complaint by **JUNE 16**. The hearing on this motion is hereby **CONTINUED** to **JUNE 23, AT 8:00 A.M.**

**IT IS SO ORDERED.**

Dated: May 19, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE