IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VARIOUS, INC., | No. C 16-01833 WHA |
| Plaintiff, | |
| v. | |
| JEDI TECHNOLOGIES, INC., | **ORDER DENYING PRO HAC VICE APPLICATION** |
| Defendant. | |

The *pro hac vice* application of Attorney Brian Haan (Dkt. No. 45) is **DENIED** for failing to comply with Local Rule 11-3. The local rule requires that an applicant certify that "he or she is an active member in good standing of the bar of a United States *Court* or of *the highest court* of another State or the District of Columbia, *specifying such bar*" (emphasis added). Filling out the *pro hac vice* form from the district court website such that it only identifies the state of bar membership — such as "the bar of the State of Illinois" — is inadequate under the local rule because it fails to identify a specific court. While the application fees do not need to be paid again, the applications cannot be processed until corrected forms are submitted.

**IT IS SO ORDERED.**

Dated: July 12, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE