IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VARIOUS, INC.,

    Plaintiff,

  v.

JEDI TECHNOLOGIES, INC.,

    Defendant.

No. C 16-01833 WHA

**NOTICE RE OPPORTUNITIES FOR YOUNG ATTORNEYS**

Counsel will please keep in mind the need to provide arguments and courtroom experience to the next generation of practitioners. The Court will particularly welcome any lawyer with four or fewer years of experience to argue the upcoming motion to dismiss.

Dated: July 18, 2016.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE

G:\WHAALL\2016civ\16-01833   Various v. Jedi\OrderYA(MTD).wpd