IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VARIOUS, INC., | No. C 16-01833 WHA |
| Plaintiff, | |
| v. | |
| JEDI TECHNOLOGIES, INC., | **ORDER RE SEALING MOTION** |
| Defendant. | |

    Jedi has moved to file under seal portions of exhibits A, B, G, and H to the declaration of Martin L. Fineman submitted in support of Jedi's reply on its motion to dismiss. The portions sought to be filed under seal include specific financial terms of agreements between Jedi, its principal, and third parties, and Jedi avers their disclosure could disadvantage it in future negotiations for licenses and in other efforts to enforce its patent. These figures do not specifically pertain to the instant motion, and the bulk of the documents have been left unredacted. Good cause shown, Jedi's sealing motion is **GRANTED**.

    This is without prejudice to a determination of whether these materials may be filed under seal if submitted in support of a future motion.

**IT IS SO ORDERED.**

Dated: July 21, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE